# EXHIBIT B



office@defrancesco.law

**March 27, 2025**

Via email: support@retrosmarket.com

Kelly Elizabeth Laba
1351 Continental Street, #2705
Vancouver, Canada V6Z 0C6
(604) 379-5580

RE:   Report ID: edbb2b75-548d-4c82-9705-246c4687b00f: Global Brother Srl adv Kelly Elizabeth Laba, "retrosmarket.com"

Dear Kelly Elizabeth Laba,

DeFrancescoLaw represents Global Brother SRL ("Global Brother"), a Romanian publisher of various materials, including health and wellness books. One of its most popular and legally protected publications is NO GRID SURVIVAL PROJECTS. This publication is covered under U.S. Copyright laws, including registration nos. TX0009105852 (book), TX0009458123 (website).

Additionally, the book title and associated elements are protected by common law trademark rights due to its extensive use and widespread recognition, as further evidenced in infringing uses. Enclosed with this letter is an image of the cover and corresponding copyright registration abstract.

Under U.S. law, copyright infringement may subject the infringer to substantial statutory damages, including up to $150,000 per work for willful infringement pursuant to 17 U.S.C. § 504(c). Plaintiffs may also be entitled to injunctive relief, attorneys' fees, and costs.

It has come to our attention you are unlawfully reproducing, distributing, and/or selling infringing copies of NO GRID SURVIVAL PROJECTS, including unauthorized use of the copyrighted cover and content. Such actions constitute copyright infringement under 17 U.S.C. §§ 101 et seq., as well as violations of common law trademark rights.

We recently identified the unauthorized use on and/or hosted through the Shopify platform, by online e-commerce drop shipping, as in the following, https://retrosmarket.com/products/173548153x-source-ps-sl-shoppingads-lpcontext-

---



ref_-fplfs-psc-1-smid-a1bk0a4s067csd?utm_medium=website&utm_source=shop-website,






Notably the advertising, sale, publishing, and shipping of Global Brother's book NO GRID SURVIVAL PROJECTS is not authorized. *Even if you secured the books printing and shipping through a third party*.

Global Brother SRL filed a takedown regarding this unauthorized use. There is no record you contacted Global Brother, but instead filed a Counter Notice. This notice now obliges Global Brother SRL to file a federal lawsuit within 10-14 business days in the DE federal district, to prevent on-going, unauthorized use, i.e., from being reinstated.

To avoid further escalation and legal action, you (including agents and owners thereof) must, withdraw any and all counter-notice(s), and:

1. Immediately cease and desist from advertising, reproducing, distributing, or selling any copies of Global Brother titles, including NO GRID SURVIVAL PROJECTS in any format

2



2. **Provide written confirmation within 48 hours confirming compliance with this demand**.

3. Disclose the following information:

    · Inventory of books in your possession or control.

    · Source(s) of the books.

    · Detailed accounting of all sales, revenue, and profits derived from the books.

Failure to respond and settle within the specified time, will require Global Brother to file a lawsuit against you and aliases to avoid the unauthorized listing from being reinstated. Should this be the case, Global Brother must pursue remedies, including return of legal fees, statutory damages, injunctive relief, and an order mandating the impoundment and destruction of all infringing materials, etc.

This letter does not constitute a comprehensive statement of rights, remedies, or claims for damages, all of which are expressly reserved until such time as a written agreement is entered into between the parties.

Your immediate attention is requested.

Sincerely,

Jason DeFrancesco
Attorney for Global Brother SRL

3

**Jason L DeFrancesco**

---

| | |
|---|---|
| **From:** | Shopify <legal@shopify.com> |
| **Sent:** | Sunday, March 23, 2025 6:34 PM |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA Takedown Notice \| retrosmarket.com |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-21 14:22:44 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: edbb2b75-548d-4c82-9705-246c4687b00f



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



**Date:** March 27, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

**2. Material(s) Subject to the Counter Notice**

5

Report ID:

edbb2b75-548d-4c82-9705-246c4687b00f

- [https://retrosmarket.com/products/173548153x-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?utm_medium=website&utm_source=shop-website](https://retrosmarket.com/products/173548153x-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?utm_medium=website&utm_source=shop-website)

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kelly Elizabeth Laba



```
Type of Work:        Text

Registration Number / Date:
                     TX0009105852 / 2022-04-08

Application Title: No Grid Survival Projects.

Title:               No Grid Survival Projects.

Description:         Electronic file (eService)

Copyright Claimant:
                     Global Brother SRL, Transfer: By written agreement.

Date of Creation:    2021

Date of Publication:
                     2022-02-22

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Major; Domicile: Canada; Citizenship: Canada.
                        Authorship: text, photograph(s)
                     Amber Robinson; Domicile: United States; Citizenship:
                        United States. Authorship: text, photograph(s)
                     Claude Davis, pseud. of Claudiu Alexandru Giurgi, 1985-
                        (author of pseudonymous work), employer for hire;
                        Domicile: Romania; Citizenship: Romania. Authorship:
                        text, photograph(s)
                     James Walton; Domicile: United States; Citizenship: United
                        States. Authorship: text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, Global Brother SRL, Ghiozdanului
                        Str 22A  Lighthouse Residence - ap 12A floor 1, 12A,
                        Nicolae Caranfil str, no 77 floor 2, Bucharest, 014142,
                        Romania, +40768434324, giurgi.claudiu@yahoo.com

ISBN:                978-1-7354815-3-1

Names:               Major, Michael
                     Robinson, Amber
                     Giurgi, Claudiu Alexandru, 1985-
                     Davis, Claude, pseud., 1985-
                     Walton, James
                     Global Brother SRL

================================================================================
```

8

```
Type of Work:        Text

Registration Number / Date:
                     TX0009458123 / 2024-12-20

Application Title: NO GRID SURVIVAL PROJECTS.website.

Title:               NO GRID SURVIVAL PROJECTS.website.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:    2022

Date of Publication:
                     2022-02-22

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40.768.434.324,
                        legal@globalbrother.com

Names:               GLOBAL BROTHER SRL

================================================================================
```

9