# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>      Plaintiff,<br><br>    v.<br><br>KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com," and JOHN DOES 1-10,<br><br>      Defendants. | C.A. No. 25-_____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Global Brother SRL certifies that there is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: April 10, 2025

                                                      **SMITH, KATZENSTEIN & JENKINS LLP**

                                                      */s/ Daniel A. Taylor*
                                                      Neal C. Belgam (No. 2721)
                                                      Daniel A. Taylor (No. 6934)
                                                      1000 West Street, Suite 1501
                                                      Wilmington, DE 19801
                                                      (302) 652-8400
                                                      nbelgam@skjlaw.com
                                                      dtaylor@skjlaw.com

                                                      *Counsel for Plaintiff Global Brother SRL*