AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-447-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kelly Elizabeth Laba a/k/a Digital_Imran d/b/a "retrosmarket.com"
was received by me on *(date)*  05/27/2025  .

☑ I personally served the summons on the individual at *(place)*  1351 Continental Street, Suite #2705 Vancouver, British Columbia V6Z 0C6, Canada   on *(date)*  05/29/2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 205.80 for travel and $ _____ for services, for a total of $ 205.80 .

I declare under penalty of perjury that this information is true.

Date: 06/11/2025

*Server's signature*

Myles J. Stewart, B.A., Director
*Printed name and title*

Expedited Motion Process Serving Ltd.
#120 - 1290 Howe Street
Vancouver, BC V6Z 0C2, Canada
*Server's address*

Additional information regarding attempted service, etc:

I attended the building and buzzed Kelly Laba using the intercom system. She answered and granted me access. I proceeded to Suite #2705 and knocked on the door. Ms. Laba answered and verbally identified herself. I served her with the documents. She appeared confused and asked if she was being served, to which I confirmed. She then stated that the documents might be intended for someone else. I advised that I was simply following my instructions and noted that she had identified herself as Kelly Laba at the listed unit. I thanked her and departed.