# EXHIBIT A



```
Type of Work:        Text

Registration Number / Date:
                     TX0009105852 / 2022-04-08

Application Title: No Grid Survival Projects.

Title:               No Grid Survival Projects.

Description:         Electronic file (eService)

Copyright Claimant:
                     Global Brother SRL, Transfer: By written agreement.

Date of Creation:  2021

Date of Publication:
                     2022-02-22

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Major; Domicile: Canada; Citizenship: Canada.
                       Authorship: text, photograph(s)
                     Amber Robinson; Domicile: United States; Citizenship:
                       United States. Authorship: text, photograph(s)
                     Claude Davis, pseud. of Claudiu Alexandru Giurgi, 1985-
                       (author of pseudonymous work), employer for hire;
                       Domicile: Romania; Citizenship: Romania. Authorship:
                       text, photograph(s)
                     James Walton; Domicile: United States; Citizenship: United
                       States. Authorship: text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, Global Brother SRL, Ghiozdanului
                       Str 22A  Lighthouse Residence - ap 12A floor 1, 12A,
                       Nicolae Caranfil str, no 77 floor 2, Bucharest, 014142,
                       Romania, +40768434324, giurgi.claudiu@yahoo.com

ISBN:                978-1-7354815-3-1

Names:               Major, Michael
                     Robinson, Amber
                     Giurgi, Claudiu Alexandru, 1985-
                     Davis, Claude, pseud., 1985-
                     Walton, James
                     Global Brother SRL


===============================================================================
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0009478328 / 2025-02-13

Application Title: NO GRID SURVIVAL PROJECTS.script.

Title:                 NO GRID SURVIVAL PROJECTS.script.

Description:           Electronic file (eService)

Copyright Claimant:
                       GLOBAL BROTHER SRL.

Date of Creation:  2022

Date of Publication:
                       2022-02-22

Nation of First Publication:
                       United States

Authorship on Application:
                       GLOBAL BROTHER SRL, employer for hire; Citizenship:
                           Romania. Authorship: text.

Rights and Permissions:
                       Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                           no 22A, Floor 1, Office A12, Room 1, Bucharest, 014163,
                           Romania, +40.768.434.324, legal@globalbrother.com

Names:                 GLOBAL BROTHER SRL

================================================================================
```

3

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002518398 / 2024-12-20

Application Title: NO GRID SURVIVAL PROJECTS.video.

Title:               NO GRID SURVIVAL PROJECTS.video.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2022

Date of Publication:
                     2022-02-22

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                         Citizenship: Romania. Authorship: entire motion picture.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                         no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                         014163, Romania, +40.768.434.324,
                         legal@globalbrother.com

Names:               GLOBAL BROTHER SRL

===============================================================================
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0009458123 / 2024-12-20

Application Title: NO GRID SURVIVAL PROJECTS.website.

Title:                 NO GRID SURVIVAL PROJECTS.website.

Description:           Electronic file (eService)

Copyright Claimant:
                       GLOBAL BROTHER SRL.

Date of Creation:  2022

Date of Publication:
                       2022-02-22

Nation of First Publication:
                       United States

Authorship on Application:
                       GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                           Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                       Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                           no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                           014163, Romania, +40.768.434.324,
                           legal@globalbrother.com

Names:                 GLOBAL BROTHER SRL
```

===============================================================================



https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:          Text

Registration Number / Date:
                       TXu002445163 / 2024-09-05

Application Title: Forgotten HOME APOTHECARY.

Title:                 Forgotten HOME APOTHECARY.

Description:           Electronic file (eService)

Copyright Claimant:
                       GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                       GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                          Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                       Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                          no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                          014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:                 GLOBAL BROTHER SRL

==============================================================================
```

```
Type of Work:          Text

Registration Number / Date:
                       TXu002446715 / 2024-08-30

Application Title: Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your
                       Fingertips.

Title:                 Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your
                       Fingertips.

Description:           Electronic file (eService)

Copyright Claimant:
                       GLOBAL BROTHER SRL.

Date of Creation: 2024

Authorship on Application:
                       GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                           Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                       Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                           no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163,
                           Romania, +40768434324, legal@globalbrother.com

Names:                 GLOBAL BROTHER SRL
```

===============================================================================

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:          Visual Material

Registration Number / Date:
                       VAu001533601 / 2024-09-05

Application Title: Forgotten HOME APOTHECARY.cover design.

Title:                 Forgotten HOME APOTHECARY.cover design.

Description:           Electronic file (eService)

Copyright Claimant:
                       GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                       GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                          Citizenship: Romania. Authorship: photograph, 2-D
                          artwork.

Rights and Permissions:
                       Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                          no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                          014163, Romania, +40768434324, legal@globalbrother.com

Names:                 GLOBAL BROTHER SRL

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VAu001538856 / 2024-09-05

Application Title: FORGOTTEN HOME APOTHECARY.design cover.

Title:                FORGOTTEN HOME APOTHECARY.design cover.

Description:          Electronic file (eService)

Copyright Claimant:
                      GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                      GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                         Citizenship: Romania. Authorship: photograph, 2-D
                         artwork.

Rights and Permissions:
                      Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                         no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                         014163, Romania, +40768434324, legal@globalbrother.com

Names:                GLOBAL BROTHER SRL

===============================================================================
```

```
Type of Work:         Text

Registration Number / Date:
                      TXu002433712 / 2024-06-03

Application Title: THE FORGOTTEN HOME APOTHECARY.script.

Title:                THE FORGOTTEN HOME APOTHECARY.script.

Description:          Electronic file (eService)

Copyright Claimant:
                      GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                      GLOBAL BROTHER SRL, employer for hire; Citizenship:
                         Romania. Authorship: text.

Rights and Permissions:
                      Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                         no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                         014163, Romania, +40768434324, giurgi.claudiu@yahoo.com

Names:                GLOBAL BROTHER SRL

===========================================================================
```

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu004249674 / 2024-09-12

Application Title: FORGOTTEN HOME APOTHECARY.videos.

Title:               FORGOTTEN HOME APOTHECARY.videos.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: entire motion picture.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL

================================================================================
```

```
Type of Work:          Text

Registration Number / Date:
                       TXu002446167 / 2024-09-12

Application Title: FORGOTTEN HOME APOTHECARY.website.

Title:                 FORGOTTEN HOME APOTHECARY.website.

Description:           Electronic file (eService)

Copyright Claimant:
                       GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                       GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                           Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                       Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                           no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                           014163, Romania, +40768434324, legal@globalbrother.com

Names:                 GLOBAL BROTHER SRL

=============================================================================
```



```
Type of Work:         Text

Registration Number / Date:
                      TX0009246277 / 2023-04-03

Application Title:  The Holistic Guide to Wellness.

Title:              The Holistic Guide to Wellness.

Description:        Electronic file (eService)

Copyright Claimant:
                    Global Brother SRL, Transfer: By written agreement.

Date of Creation:   2023

Date of Publication:
                    2023-03-10

Nation of First Publication:
                    United States

Authorship on Application:
                    Nicole Apelian; Domicile: United States; Citizenship:
                        United States. Authorship: text.
                    Global Brother SRL, employer for hire. Authorship: text,
                        artwork.
                    Amber Robinson (author of anonymous contribution);
                        Domicile: United States; Citizenship: United States.
                        Authorship: text.
                    Chloe Wade (author of anonymous contribution); Domicile:
                        Canada; Citizenship: Canada. Authorship: text.
                    Tamara Dickson (author of anonymous contribution);
                        Domicile: United States; Citizenship: United States.
                        Authorship: text.
                    Janelle Louis (author of anonymous contribution); Domicile:
                        United States; Citizenship: United States. Authorship:
                        text.
                    Jacqueline Leone (author of anonymous contribution);
                        Domicile: United States; Citizenship: United States.
                        Authorship: text.
                    Tori Gilbert (author of anonymous contribution); Domicile:
                        Australia; Citizenship: Australia. Authorship: text.
                    Tyla Cornish (author of anonymous contribution); Domicile:
                        New Zealand; Citizenship: New Zealand. Authorship: text.

Rights and Permissions:
                    Claudiu Giurgi, Global Brother SRL, Ghiozdanului 22A
                        Lighthouse Residence - ap 12A, Bucharest, 014163,
                        Romania, +40768434324, giurgi.claudiu@yahoo.com

Copyright Note:     C.O. correspondence.

ISBN:               978-1-7354815-8-6

Names:              Apelian, Nicole
                    Robinson, Amber
                    Wade, Chloe
                    Dickson, Tamara
                    Louis, Janelle
                    Leone, Jacqueline
```

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
        Gilbert, Tori
        Cornish, Tyla
        Global Brother SRL
```

==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002405925 / 2023-04-05

Application Title: The Holistic Guide to Wellness - commercial video.

Title:               The Holistic Guide to Wellness - commercial video.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER S.R.L.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER S.R.L. (author of anonymous contribution),
                        employer for hire; Domicile: Romania; Citizenship:
                        Romania. Authorship: entire motion picture, script.

Rights and Permissions:
                     GLOBAL BROTHER S.R.L., 22A Ghiozdanului, A entrace, 1st
                        floor, ap. A12, Bucharest, 014163, Romania

Copyright Note:      C.O. correspondence.
                     Regarding certification: Certification affirmed by email
                        with Claudiu Alexandru Giurgi on 04/10/2023.

Names:               GLOBAL BROTHER S.R.L.

===============================================================================

17

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002425155 / 2024-11-19

Application Title: THE HOLISTIC GUIDE TO WELLNESS.cover design.

Title:               THE HOLISTIC GUIDE TO WELLNESS.cover design.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                       Citizenship: Romania. Authorship: photograph, 2-D
                       artwork, text.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                       no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                       014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL

===============================================================================
```

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002515718 / 2024-12-12

Application Title: THE HOLISTIC GUIDE TO WELLNESS.video.

Title:               THE HOLISTIC GUIDE TO WELLNESS.video.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                         Citizenship: Romania. Authorship: entire motion picture.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                         no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                         014163, Romania, +40.768.434.324,
                         legal@globalbrother.com

Names:               GLOBAL BROTHER SRL

===============================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0009455798 / 2024-11-19

Application Title: THE HOLISTIC GUIDE TO WELLNESS.website.

Title:               THE HOLISTIC GUIDE TO WELLNESS.website.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: text, photograph(s)

Pre-existing Material:
                     photographs from other sources.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40.768.434.324,
                        legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL

===============================================================================
```