# EXHIBIT C

| | |
|---|---|
| **From:** | Shopify <legal@shopify.com> |
| **Sent:** | Tuesday, April 1, 2025 9:44 AM |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA Takedown Notice | retrosmarket.com |

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-31 12:00:37 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 055edd11-a230-4fb2-b24d-eebf057702d3



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



**Date:** April 01, 2025

## DMCA Counter Notice | retrosmarket.com

### 1. Shopify Merchant Contact Information

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

### 2. Material(s) Subject to the Counter Notice

2

Report ID:

055edd11-a230-4fb2-b24d-eebf057702d3

- [https://retrosmarket.com/products/b0cj6bgddj-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?_pos=5&_psq=holisti&_ss=e&_v=1.0](https://retrosmarket.com/products/b0cj6bgddj-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?_pos=5&_psq=holisti&_ss=e&_v=1.0)

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kelly Elizabeth Laba

3

4

**Jason L DeFrancesco**

---

**From:** Shopify <legal@shopify.com>
**Sent:** Tuesday, April 1, 2025 9:43 AM
**To:** legal@GlobalBrother
**Subject:** DMCA Takedown Notice | retrosmarket.com

> Hi there,
>
> We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-31 12:03:40 UTC about retrosmarket.com.
>
> In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.
>
> Shopify Trust & Safety
> Ticket ID: 0f756132-0fd8-4036-a797-0eaf7e224ecf



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

5



**Date:** April 01, 2025

## DMCA Counter Notice | retrosmarket.com

### 1. Shopify Merchant Contact Information

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

### 2. Material(s) Subject to the Counter Notice

Report ID:
0f756132-0fd8-4036-a797-0eaf7e224ecf

- https://retrosmarket.com/products/1300614854-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-atvpdkikx0der?utm_medium=website&utm_source=shop-website

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kelly Elizabeth Laba

8

**Jason L DeFrancesco**

| | |
|---|---|
| **From:** | Shopify <legal@shopify.com> |
| **Sent:** | Tuesday, April 1, 2025 9:44 AM |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA Takedown Notice \| retrosmarket.com |

> Hi there,
>
> We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-27 15:10:39 UTC about retrosmarket.com.
>
> In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.
>
> Shopify Trust & Safety
> Ticket ID: c6835bc0-06e7-443f-96e7-ce42e1de5fc2



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

9



**Date:** April 01, 2025

## DMCA Counter Notice | retrosmarket.com

### 1. Shopify Merchant Contact Information

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

### 2. Material(s) Subject to the Counter Notice

10

Report ID:

c6835bc0-06e7-443f-96e7-ce42e1de5fc2

- https://retrosmarket.com/products/9695792022-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-atvpdkikx0der?_pos=2&_psq=forgotten&_ss=e&_v=1.0

### 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

### 4. Electronic Signature

Kelly Elizabeth Laba

12

**Jason L DeFrancesco**

| | |
|---|---|
| **From:** | Shopify <legal@shopify.com> |
| **Sent:** | Tuesday, April 1, 2025 9:44 AM |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA Takedown Notice \| retrosmarket.com |

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-27 14:47:58 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 4d1b2f51-d4a0-440e-9f9f-ac6741e5730d



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

13



**Date:** April 01, 2025

## DMCA Counter Notice | retrosmarket.com

### 1. Shopify Merchant Contact Information

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

### 2. Material(s) Subject to the Counter Notice

14

Report ID:

4d1b2f51-d4a0-440e-9f9f-ac6741e5730d

- https://retrosmarket.com/products/b0djqvyv99-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?utm_medium=website&utm_source=shop-website

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kelly Elizabeth Laba

16