# EXHIBIT D

**Jason L DeFrancesco**

**From:** Shopify <legal@shopify.com>
**Sent:** 11 September 2025 01:16
**To:** legal@GlobalBrother <legal@globalbrother.com>
**Subject:** DMCA copyright notice I retrosmarket.com

Hi there,

This email is to inform you that the content listed as infringing in the *Digital Millennium Copyright Act* takedown notice about retrosmarket.com has been removed.

We have received a counter notice in response. In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 812220ba-60f7-474e-a81c-09d0e18660e1



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



**Date:** September 12, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:

812220ba-60f7-474e-a81c-09d0e18660e1

- https://shop.app/products/9029213913321?variantId=49030496714985
- https://shop.app/products/9028856774889?variantId=49028726030569
- https://retrosmarket.com/products/no-grid-survival-projects?_pos=1&_sid=325ddaa17&_ss=r
- https://retrosmarket.com/products/no-grid-survival-projects-1?_pos=2&_sid=325ddaa17&_ss=r

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kelly Elizabeth Laba