## **CERTIFICATE OF SERVICE**

I, Daniel A. Taylor, hereby certify that on September 30, 2025, a true and correct copy of the foregoing documents were served on the following Defendant via email:

Kelly Elizabeth Laba
1351 Continental St., #2705
Vancouver BC V6Z 0C6
support@retrosmarket.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)