# SMITH KATZENSTEIN JENKINS LLP

October 1, 2025

*Via CM/ECF*

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, Delaware 19801

**Re:** *Global Brother SRL v. Laba, et al.*, **C.A. No. 25-447-MN**

Dear Judge Noreika:

      Attached is a corrected version of the Summons Returned Executed in this matter. After originally serving the defendant, Ms. Kelly Elizabeth Laba, with a copy of the Complaint (D.I. 1) under Article 10 of the Hague Convention (D.I. 6), Plaintiff has re-served Ms. Laba according to Article 6 of the Hague Convention, through an authority designated by the Central Authority of Canada—in this case a deputy sheriff in the Vancouver Westminster Judicial District of British Columbia, Canada in which the defendant was served.

      Service in this manner was complete on September 8, 2025.

      Also, pursuant to Federal Rule of Civil Procedure 5.2, this document includes redactions of Ms. Laba's personal information, including date of birth and driver's license number.

      Counsel is available should Your Honor have any questions.

Respectfully,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)
*Attorney for Plaintiff, Global Brother SRL*

Enclosures: Exhibit A, Corrected Summons Returned Executed