# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLOBAL BROTHER SRL**<br>Plaintiff/Petitioner<br>vs.<br>**KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com"; and JOHN DOES 1-10**<br>Defendant/Respondent | Cause #:     **1:25-cv-00447-MN**<br><br>**SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A TO C; CIVIL COVER SHEET** |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.



**ABC Legal Services,**
1099 Stewart St, Suite 700, Seattle,
206-521-9000

Tracking #: **0181856731**

**ORIGINAL
PROOF OF SERVICE**

**The DeFrancesco Law Firm, PLLC**
110 Dunannon Blvd., Ste 101
Wilmington, DE 28403
910-833-5428

Page 1 of 1

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

    the (date) Sept 8, 2025 @ 15:45 hrs

    at (place, street, number) Counter 98 - 800 Hornby Street Vancouver B.C. V6Z-2C5

    in one of the following methods authorized by article 5:

    ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

    ☑ (b) in accordance with the following particular method:* Personal Service

    ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

    The documents referred to in the request have been delivered to: Kelly Elizabeth Laba
    (identity and description of person)
    DL: [redacted], Sex: F Wt: 64 Kg HT: 168 cm, Eyes: BRN Hair: BRN

2) that the document has not been served, by reason of the following facts:*

In conformity with the second paragraph of article 6 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:

_____
_____
_____

In appropriate cases, documents establishing the service:

_____
_____
_____

Done at Vancouver B.C., the 8th day of Sept 2025

Signature and/or stamp Deputy Sheriff: Dal Varn #893
    Dal Varn

**Sheriff Services**
ROBSON SQUARE PROVINCIAL COURT
Counter 98 - 800 Hornby Street
Vancouver, BC
V6Z 2C5

Tracking #: 0181856731




USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate