IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com," and JOHN DOES 1-10,<br><br>　　　　Defendants. | C.A. No. 25-447-MN |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff Global Brother SRL ("Global Brother" or "Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 77.2(a)(4), hereby moves that the Clerk of Court enter the default of Defendant Kelly Elizabeth Laba ("Ms. Laba") for failure to plead or otherwise defend in a timely manner. A proposed Order is attached as Exhibit 1.

　　1.　　In the Complaint, filed on April 10, 2025, Global Brother seeks injunctive relief, damages, fees and costs. (D.I. 1)

　　2.　　Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

　　3.　　Ms. Laba was served with the Complaint (D.I. 1) on September 8, 2025. (D.I. 11 (Amended/Corrected Summons Returned Executed))

　　4.　　A defendant must serve an answer "within 21 days after being served with the summons and complaint[,]" Fed. R. Civ. P. 12(a)(1)(A)(i), making the deadline September 29,

2025, *see* Fed. R. Civ. P. 6(a)(1) (specifying the rules for computing time for periods stated in days).

5. On September 30, 2025, Global Brother filed an Amended Complaint in this matter. (D.I. 9)

6. Global Brother served a copy of the Amended Complaint on Ms. Laba via electronic mail. (D.I. 9-5 (Certificate of Service))

7. Pursuant to Rule 12(a)(1)(A)(i), the deadline for Ms. Laba to respond to the Amended Complaint was October 21, 2025.

8. Ms. Laba has failed to timely respond to either the Complaint or the Amended Complaint. (Exhibit 2, Declaration of Daniel A. Taylor at ¶¶ 7-8) Accordingly, the entry of a default by the Clerk of Court is appropriate at this time.

WHEREFORE, Plaintiff Global Brother respectfully requests that the Clerk of Court enter the default of Defendant Kelly Elizabeth Laba for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: December 11, 2025                    SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*