# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com," and JOHN DOES 1-10,<br><br>　　　　Defendants. | C.A. No. 25-447-MN |

## DECLARATION OF DANIEL A. TAYLOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

I, Daniel A. Taylor, declare:

1. I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP, a member in good standing of the bars of the Supreme Court of Delaware, the Supreme Judicial Court of Massachusetts, and the Supreme Court of Pennsylvania, and counsel for Plaintiff Global Brother SRL ("Global Brother" or "Plaintiff") in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein. I submit this Declaration to provide the Court with information relevant to Global Brother's Motion for Entry of Default.

3. Global Brother commenced this action on April 10, 2025. (D.I. 1)

4. On September 8, 2025, Plaintiff served the Amended Summons and Complaint on Defendants Kelly Elizabeth Laba a/k/a Digital_Imran d/b/a "retrosmarket.com", and John Does 1-10 ("Defendants"). (D.I. 11 (Amended/Corrected Summons Returned Executed))

5. On September 30, 2025, Global Brother filed an Amended Complaint. (D.I. 9)

6. Global Brother served a copy of the Amended Complaint on Defendant Kelly Elizabeth Laba ("Ms. Laba") via electronic mail. (D.I. 9-5 (Certificate of Service))

7. On Tuesday, October 21, 2025, Ms. Laba did not file a responsive pleading.

8. As of 3:25 PM on Thursday, December 11, 2025, Ms. Laba has not filed a responsive pleading on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 11, 2025

*/s/ Daniel A. Taylor*
Daniel A. Taylor

2