IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>   Plaintiff,<br><br>  v.<br><br>KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com," and JOHN DOES 1-10,<br><br>   Defendants. | C.A. No. 25-447-MN |

**CLERK'S ENTRY OF DEFAULT**

At Wilmington, this 5th day of March 2026;

Plaintiff's Motion for Entry of Default (D.I. 12), the Declaration of Daniel A. Taylor in support thereof (D.I. 12-2) and the Court docket show that:

  1. On April 10, 2025, Plaintiff Global Brother SRL ("Plaintiff") filed a Complaint against Defendants Kelly Elizabeth Laba a/k/a Digital_Imran d/b/a "retrosmarket.com", and John Does 1-10 ("Defendants"). (D.I. 1)

  2. On June 11, 2025, Plaintiff served the Summons and Complaint on Defendants under Article 10 of the Hague Convention. (D.I. 5; D.I. 6)

  3. On September 8, 2025, Plaintiff served the Summons and Complaint on Defendant Kelly Elizabeth Laba ("Ms. Laba") under Article 6 of the Hague Convention. (D.I. 5; D.I. 11)

  4. Pursuant to Federal Rule of Civil Procedure 12, the time for Ms. Laba to respond to the Complaint as served under Article 6 of the Hague Convention was September 29, 2025.

  5. On September 30, 2025, Plaintiff filed an Amended Complaint (D.I. 9) and served notice on Ms. Laba via electronic mail, (D.I. 9-5).

6. Ms. Laba has not served an answer to the Complaint, nor have they made any appearance in the present action and, as a result, have failed to plead or otherwise defend against the judgment that Plaintiff seeks in the Complaint.

Therefore, pursuant to Rule 55(a), DEFAULT is HEREBY ENTERED against Defendant Kelly Elizabeth Laba.

Plaintiff shall serve of copy of this Clerk's Entry of Default upon Ms. Laba and shall file a proof of service regarding same.

RANDALL C. LOHAN, Clerk of Court

*April Smith*
By: April Smith, Deputy Clerk