**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>     Plaintiff,<br><br>     v.<br><br>KELLY ELIZABETH LABA a/k/a<br>Digital_Imran d/b/a "retrosmarket.com," and<br>JOHN DOES 1-10,<br><br>     Defendants. | C.A. No. 25-447-MN |

**PLAINTIFF'S PROOF OF SERVICE OF CLERK'S ENTRY OF DEFAULT**

PLEASE TAKE NOTICE THAT on April 9, 2026, Plaintiff Global Brother SRL ("Global Brother" or "Plaintiff"), by and through its undersigned counsel, served the defendant, Ms. Kelly Elizabeth Laba, with a copy of the Clerk's Entry of Default (D.I. 13) according to Article 6 of the Hague Convention, through an authority designated by the Central Authority of Canada—in this case a deputy sheriff in the Vancouver Westminster Judicial District of British Columbia, Canada in which the defendant was served. (Attached as Exhibit A)

Also, pursuant to Federal Rule of Civil Procedure 5.2, this document includes redactions of Ms. Laba's personal information, including date of birth and driver's license number.

Dated: April 28, 2026

*Of Counsel:*

Jason L. DeFrancesco
**DEFRANCESCO LAW**
174 Nassau Street, No. 325
Princeton, NJ 08542
(910) 833-5428
jasond@defrancesco.law

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*

2