# EXHIBIT A

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**GLOBAL BROTHER SRL**

Plaintiff/Petitioner

vs.

**KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com"; and JOHN DOES 1-10**

Defendant/Respondent

Cause #:    **1:25-cv-00447-MN**

**CLERK'S ENTRY OF DEFAULT**

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.



**ABC Legal Services,**
1099 Stewart St, Suite 700, Seattle,
206-521-9000

Tracking #: **0212782101**



**ORIGINAL
PROOF OF SERVICE**

**The DeFrancesco Law Firm, PLLC**
174 Nassau Street PMB 325
Princeton, NJ 08542
910-833-5428

Page 1 of 1

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*

   the (date) _April 9, 2026_

   at (place, street, number) _98 - 800 Hornby Street, Vancouver, BC._

   in one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☑ (b) in accordance with the following particular method:* _Personal Service_

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:

   (identity and description of person) _Kelly Elizabeth LABA - Female, Height 1.68 M, Weight: 64 Kg, Brown eyes,_ ▮▮▮▮▮

   relationship to the addressee family, business, or other

2) that the document has not been served, by reason of the following

**In conformity with the second paragraph of article 12 of the Con**▮ **reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

In appropriate cases, documents establishing the service:

Done at _Vancouver, BC_, the _April 9, 2026_

Signature and/or stamp

_NC_

_Nazanin Mohammad Khani_

_Deputy Sheriff #2270_

Sheriff Services
ROBSON SQUARE PROVINCIAL COURT
Counter 98 - 800 Hornby Street
Vancouver, BC
V6Z 2C5

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Tracking #: 0212782101


