IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLOBAL BROTHER SRL,<br><br>Plaintiff,<br><br>v.<br><br>KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com" and JONES DOES 1-10,<br><br>Defendants. | ) | C.A. No. 25-447 (MN) |

**SHOW CAUSE ORDER**

At Wilmington, this 11th day of September 2026;

WHEREAS, on April 10, 2026, Plaintiff commenced this action by filing a Complaint against Defendants alleging claims of copyright infringement, unfair competition and false designation of origin, misrepresentation, counter-notice, violations of Delaware's Deceptive Trade Practices Act, and unjust enrichment (D.I. 1);

WHEREAS, at the request of Plaintiff, on March 5, 2026, the Court entered a Clerk's Entry of Default as to Defendant Ms. Laba (D.I. 13);

WHEREAS, the last action taken by Plaintiff in this action was on April 28, 2026 when Plaintiff filed a Notice of Change of Address (D.I. 15); and

WHEREAS, more than three months have passed since Plaintiff has taken any action in this case.

THEREFORE, IT IS HEREBY ORDERED that, on or before September 18, 2026, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute pursuant

to Rule 41.1 of Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge