**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GLOBAL BROTHER SRL,

Plaintiff,

v.

KELLY ELIZABETH LABA a/k/a Digital_Imran d/b/a "retrosmarket.com," and JOHN DOES 1-10,

Defendants.

C.A. No. 25-447-MN

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ORDER OF INJUNCTION**

Plaintiff Global Brother SRL ("Global Brother" or "Plaintiff") respectfully moves, pursuant to Federal Rule of Civil Procedure 55(b)(2), for entry of default judgment against Defendant Kelly Elizabeth Laba a/k/a Digital_Imran d/b/a retrosmarket.com ("Laba" or "Defendant") on Count I of the Amended Complaint, copyright infringement under 17 U.S.C. § 501. The Clerk of Court entered default against Defendant on March 5, 2026. (D.I. 13).

Global Brother moves for statutory damages of $90,000 under 17 U.S.C. § 504(c)(1) consisting of $30,000 for each of three distinct copyrighted Works. Global Brother additionally seeks enhanced statutory damages under Section 504(c)(2) based on Defendant's willful infringement. Upon a finding of willfulness, Global Brother further requests that the Court exercise its discretion under Section 504(c)(2) to enhance that award as it deems just, up to $150,000 per Work; a permanent injunction under 17 U.S.C. § 502 and Federal Rule of Civil Procedure 65(d); destruction and removal of infringing materials under 17 U.S.C. § 503(b); reasonable attorneys' fees under 17 U.S.C. § 505, with the amount to be established by timely application under Rule 54(d)(2); allowable costs under 17 U.S.C. § 505, Federal Rule of Civil Procedure 54(d)(1), and D.

Del. LR 54.1; and post-judgment interest under 28 U.S.C. § 1961. To resolve the action, Global Brother also requests dismissal without prejudice of Counts II-V and John Does 1-10.

The grounds for this Motion are set forth in Global Brother's Opening Brief in Support of Its Motion for Default Judgment and Order of Injunction, filed contemporaneously herewith. A proposed Default Judgment and Order of Injunction pursuant to Federal Rule of Civil Procedure 65(d) is attached as Exhibit 1.

Dated: September 18, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*Of Counsel:*

Jason L. DeFrancesco
**DEFRANCESCOLAW**
174 Nassau Street | P.O. Box 325
Princeton, NJ 08542
(910) 256-7377
jasond@defrancesco.law

*/s/ Daniel A. Taylor*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*