# EXHIBITS TO THE DECLARATION OF JASON L. DEFRANCESCO

in support of Plaintiff's Motion for Default Judgment
and Order of Injunction

**GLOBAL BROTHER SRL v. KELLY ELIZABETH LABA, et al.**

C.A. No. 1:25-cv-00447-MN

# EXHIBIT LIST

**EXHIBIT A** **U.S. Copyright Office Certificates of Registration**

Three book registrations: NO GRID SURVIVAL PROJECTS; FORGOTTEN HOME APOTHECARY: 250 POWERFUL REMEDIES AT YOUR FINGERTIPS; and THE HOLISTIC GUIDE TO WELLNESS.

**EXHIBIT B** **Defendant’s Accused Online Listings**

Three Retros Market / shop.app listing screenshots, each identified with the related Shopify Counter-Notice Report ID(s) and counter-notice date(s).

**EXHIBIT C** **Shopify Counter-Notice Records**

The five initial Shopify counter-notice records and the September 12, 2025 post-suit counter-notice record.

**EXHIBIT D** **Selected Correspondence Regarding Cessation of Infringement**

Defendant’s March 28 and April 5, 2025 written assurances concerning removal, cessation, and withdrawal of counter-notices.

# EXHIBIT A

## U.S. Copyright Office Certificates of Registration

Copyright Office registration records for three registrations associated with the Works. Plaintiff seeks one statutory-damages award per Work, not one award per registration


NO GRID
Survival Projects
How to Produce Everything You Need on Your Property
Michael Major | Amber Robinson | Claude Davis | James Walton

**Registration Number**
**TX 9-105-852**
**Effective Date of Registration:**
April 08, 2022
**Registration Decision Date:**
April 08, 2022

## Title

**Title of Work:** No Grid Survival Projects

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 22, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-7354815-3-1

## Author

- **Author:** Michael Major
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** Canada
  **Domiciled in:** Canada

- **Author:** Amber Robinson
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Claudiu Alexandru Giurgi
  **Pseudonym:** Claude Davis
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania
  **Year Born:** 1985
  **Pseudonymous:** Yes

- **Author:** James Walton
  **Author Created:** text, photograph(s)

**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Global Brother SRL
Ghiozdanului Str 22A Lighthouse Residence - ap 12A floor 1, 12A, Bucharest, Bucuresti, 014163, Romania
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Global Brother SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** giurgi.claudiu@yahoo.com
**Telephone:** +40768434324
**Address:** Ghiozdanului Str 22A Lighthouse Residence - ap 12A floor 1, 12A
Nicolae Caranfil str, no 77 floor 2
Bucharest 014142 Romania

## Certification

**Name:** Claudiu Alexandru Giurgi
**Date**: April 08, 2022

---

**Correspondence:** Yes


Forgotten
HOME
APOTHECARY
250
Powerful Remedies
at Your Fingertips
Nicole Apelian Ph.D.
Antiviral Herbal Honey
Colon Detox Shots
Amish Cough Syrup
Hot Toddy
Fever Elixir
Kidney Elixir
Liver Detox Tincture
Moon Tea
Fat Burning Cream
Vertigo Herbal Oil
Brain Boosting Tonic
Snore Relief Jelly
Lavender Infused Oil for Skin Regeneration
Flat Tummy Capsules

**Registration Number**
**TXu 2-446-715**
**Effective Date of Registration:**
August 30, 2024
**Registration Decision Date:**
September 14, 2024

## Title

**Title of Work:** Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** GLOBAL BROTHER SRL
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania

## Copyright Claimant

**Copyright Claimant:** GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania

## Rights and Permissions

**Organization Name:** GLOBAL BROTHER SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** legal@globalbrother.com
**Telephone:** +40768434324
**Address:** Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest 014163 Romania

## Certification

**Name:** Claudiu Alexandru Giurgi

**Date**: August 30, 2024


The Holistic
Guide to Wellness:
Herbal Protocols for
Common Ailments
Nicole Apelian, Ph. D.

**Registration Number**

# TX 9-246-277

**Effective Date of Registration:**
April 03, 2023
**Registration Decision Date:**
April 13, 2023

## Title

**Title of Work:** The Holistic Guide to Wellness

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 10, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-7354815-8-6

## Author

- **Author:** Nicole Apelian
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Global Brother SRL
  **Author Created:** text, artwork
  **Work made for hire:** Yes

- **Author:** Tori Gilbert
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** Australia
  **Domiciled in:** Australia
  **Anonymous:** Yes

- **Author:** Tyla Cornish
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** New Zealand
  **Domiciled in:** New Zealand
  **Anonymous:** Yes

- **Author:** Amber Robinson
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

- **Author:** Chloe Wade
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** Canada
  **Domiciled in:** Canada
  **Anonymous:** Yes

- **Author:** Tamara Dickson
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

- **Author:** Janelle Louis
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

- **Author:** Jacqueline Leone
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Global Brother SRL
Ghiozdanului Str, 22A Lighthouse Residence, floor 1, ap 12A, Bucharest, 014163, Romania
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Global Brother SRL
**Name:** Claudiu Giurgi
**Email:** giurgi.claudiu@yahoo.com
**Telephone:** +40768434324
**Address:** Ghiozdanului 22A Lighthouse Residence - ap 12A

Bucharest 014163 Romania

## Certification

**Name:** Claudiu Alexandru Giurgi
**Date**: April 03, 2023

**Correspondence:** Yes

# EXHIBIT B

## Defendant’s Accused Online Listings

The screenshots below show Retros Market / shop.app listings offering the three books for purchase. Captions identify the related Shopify Counter-Notice Report ID(s) and counter-notice date(s).

## B-1 THE HOLISTIC GUIDE TO WELLNESS: HERBAL PROTOCOLS FOR COMMON AILMENTS

Listing price shown: $82.50

Related Shopify Counter-Notice Report IDs: 055edd11-a230-4fb2-b24d-eebf057702d3 and 0f756132-0fd8-4036-a797-0eaf7e224ecf. Each counter-notice record is dated April 1, 2025.



## B-2 FORGOTTEN HOME APOTHECARY: 250 POWERFUL REMEDIES AT YOUR FINGERTIPS

Listing price shown: $74.00

Related Shopify Counter-Notice Report IDs: c6835bc0-06e7-443f-96e7-ce42e1de5fc2 and 4d1b2f51-d4a0-440e-9f9f-ac6741e5730d. Each counter-notice record is dated April 1, 2025.



## B-3 NO GRID SURVIVAL PROJECTS

Listing price shown: $85.80

Initial Shopify Counter-Notice Report ID: edbb2b75-548d-4c82-9705-246c4687b00f (counter-notice dated March 27, 2025). Post-suit Report ID: 812220ba-60f7-474e-a81c-09d0e18660e1 (counter-notice dated September 12, 2025).



# EXHIBIT C

## Shopify Counter-Notice Records

Shopify counter-notice records identifying Kelly Elizabeth Laba, her support@retrosmarket.com email address, her consent to jurisdiction in this District, and her declaration under penalty of perjury. The final record is dated September 12, 2025, after this action was filed.

Source records were previously filed with the Amended Complaint as D.I. 9-2, 9-3, and 9-4.

**Jason L DeFrancesco**

**From:** Shopify <legal@shopify.com>
**Sent:** Sunday, March 23, 2025 6:34 PM
**To:** [redacted]GlobalBrother
**Subject:** DMCA Takedown Notice | retrosmarket.com

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-21 14:22:44 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: edbb2b75-548d-4c82-9705-246c4687b00f

shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

shopify

**Date:** March 27, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:
Kelly Elizabeth

Last Name:
Laba

Phone:
16043795580

Email:
support@retrosmarket.com

Address:
1351 Continental Street
#2705

City:
Vancouver

ZIP/Postal Code::
V6Z 0C6

Country:
Canada

State/Province:
British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:
edbb2b75-548d-4c82-9705-246c4687b00f

- https://retrosmarket.com/products/173548153x-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?utm_medium=website&utm_source=shop-website

**3. Declarations**

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Kelly Elizabeth Laba

**From:** Shopify <legal@shopify.com>
**Sent:** Tuesday, April 1, 2025 9:44 AM
**To:** [redacted] GlobalBrother
**Subject:** DMCA Takedown Notice | retrosmarket.com

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-31 12:00:37 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 055edd11-a230-4fb2-b24d-eebf057702d3

shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

shopify

**Date:** April 01, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:
055edd11-a230-4fb2-b24d-eebf057702d3

- https://retrosmarket.com/products/b0cj6bgddj-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?_pos=5&_psq=holisti&_ss=e&_v=1.0

**3. Declarations**

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Kelly Elizabeth Laba

**Jason L DeFrancesco**

**From:** Shopify <legal@shopify.com>
**Sent:** Tuesday, April 1, 2025 9:43 AM
**To:** [redacted] GlobalBrother
**Subject:** DMCA Takedown Notice | retrosmarket.com

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-31 12:03:40 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 0f756132-0fd8-4036-a797-0eaf7e224ecf

shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

shopify

**Date:** April 01, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:

Kelly Elizabeth

Last Name:

Laba

Phone:

16043795580

Email:

support@retrosmarket.com

Address:

1351 Continental Street

#2705

City:

Vancouver

ZIP/Postal Code::

V6Z 0C6

Country:

Canada

State/Province:

British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:
0f756132-0fd8-4036-a797-0eaf7e224ecf

- https://retrosmarket.com/products/1300614854-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-atvpdkikx0der?utm_medium=website&utm_source=shop-website

**3. Declarations**

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Kelly Elizabeth Laba

**Jason L DeFrancesco**

---

**From:** Shopify <legal@shopify.com>
**Sent:** Tuesday, April 1, 2025 9:44 AM
**To:** [redacted] GlobalBrother
**Subject:** DMCA Takedown Notice | retrosmarket.com

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-27 15:10:39 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: c6835bc0-06e7-443f-96e7-ce42e1de5fc2

shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

shopify

**Date:** April 01, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:
Kelly Elizabeth

Last Name:
Laba

Phone:
16043795580

Email:
support@retrosmarket.com

Address:
1351 Continental Street
#2705

City:
Vancouver

ZIP/Postal Code::
V6Z 0C6

Country:
Canada

State/Province:
British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:
c6835bc0-06e7-443f-96e7-ce42e1de5fc2

• https://retrosmarket.com/products/9695792022-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-atvpdkikx0der?_pos=2&_psq=forgotten&_ss=e&_v=1.0

**3. Declarations**

• I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

• I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.

• I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Kelly Elizabeth Laba

**Jason L DeFrancesco**

**From:** Shopify <legal@shopify.com>
**Sent:** Tuesday, April 1, 2025 9:44 AM
**To:** [redacted] GlobalBrother
**Subject:** DMCA Takedown Notice | retrosmarket.com

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-03-27 14:47:58 UTC about retrosmarket.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 4d1b2f51-d4a0-440e-9f9f-ac6741e5730d

shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

shopify

**Date:** April 01, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:
Kelly Elizabeth

Last Name:
Laba

Phone:
16043795580

Email:
support@retrosmarket.com

Address:
1351 Continental Street
#2705

City:
Vancouver

ZIP/Postal Code::
V6Z 0C6

Country:
Canada

State/Province:
British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:
4d1b2f51-d4a0-440e-9f9f-ac6741e5730d

• https://retrosmarket.com/products/b0djqvyv99-source-ps-sl-shoppingads-lpcontext-ref_-fplfs-psc-1-smid-a1bk0a4s067csd?utm_medium=website&utm_source=shop-website

**3. Declarations**

• I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

• I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.

• I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Kelly Elizabeth Laba

**Jason L DeFrancesco**

**From:** Shopify <legal@shopify.com>
**Sent:** 11 September 2025 01:16
**To:** [redacted]GlobalBrother [redacted]
**Subject:** DMCA copyright notice I retrosmarket.com

Hi there,

This email is to inform you that the content listed as infringing in the *Digital Millennium Copyright Act* takedown notice about retrosmarket.com has been removed.

We have received a counter notice in response. In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 812220ba-60f7-474e-a81c-09d0e18660e1

shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

shopify

**Date:** September 12, 2025

**DMCA Counter Notice | retrosmarket.com**

**1. Shopify Merchant Contact Information**

First Name:
Kelly Elizabeth

Last Name:
Laba

Phone:
16043795580

Email:
support@retrosmarket.com

Address:
1351 Continental Street
#2705

City:
Vancouver

ZIP/Postal Code::
V6Z 0C6

Country:
Canada

State/Province:
British Columbia

**2. Material(s) Subject to the Counter Notice**

Report ID:
812220ba-60f7-474e-a81c-09d0e18660e1

- https://shop.app/products/9029213913321?variantId=49030496714985
- https://shop.app/products/9028856774889?variantId=49028726030569
- https://retrosmarket.com/products/no-grid-survival-projects?_pos=1&_sid=325ddaa17&_ss=r
- https://retrosmarket.com/products/no-grid-survival-projects-1?_pos=2&_sid=325ddaa17&_ss=r

**3. Declarations**

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Kelly Elizabeth Laba

# EXHIBIT D

## Selected Correspondence Regarding Cessation of Infringement

March 27, 2025 direct notice to Defendant and selected messages from Defendant's support@retrosmarket.com account concerning removal of Global Brother listings, cessation of use, and withdrawal of counter-notices. The later September 12, 2025 counter-notice appears in Exhibit C.

**Jason L DeFrancesco**

**From:** RetrosMarket <support@retrosmarket.com>
**Sent:** Saturday, April 5, 2025 12:21 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: Counter Notice - No Grid Survival Projects - retrosmarket.com

Jason ,

We hereby confirm the below:

1. We have gone ahead and made the request to withdraw any and all counter notices filed against Global Brother.
2. We hereby confirm that we Immediately cease and desist from advertising, reproducing, distributing, or selling any copies of Global Brother titles in any Format.
3. Regarding Inventory of books in our possession or control, we hereby CONFIRM we DO NOT have any physical inventory on hand for any material sold by Global Brother company. We did not sell any books /inventory related to the Global Brother company.

I would like to ensure that we have notified our team to never in the future to add any listings related ot global brother publishing.

Best regards.

Retros Market Team

---

**From:** Jason L DeFrancesco jasond@defrancesco.law
**Sent:** Friday, April 4, 2025 7:36 PM
**To:** RetrosMarket support@retrosmarket.com
**Cc:** DeFrancescoLaw ipoffice@defrancesco.law
**Subject:** RE: Counter Notice - No Grid Survival Projects - retrosmarket.com
**Importance:** High

**Lawsuit filing deadline, April 10, 2025**

Dear Kelly Elizabeth Laba, Digital_Imran,

Please note this email with urgency and be advised a lawsuit is required to be filed based on these **counter-notices you filed**. Global Brother has counsel in Delaware, use of which will incur additional avoidable expenses.

This is a **result of your counter-notices**, Your immediate response is requested.

Regards,
Jason

Jason L. DeFrancesco
Attorney

jasond@defrancesco.law
+1 (910) 833-5428

---

On Tue, Apr 1, 2025 at 2:49 PM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

**Lawsuit filing deadline, April 10, 2025**

Dear Kelly Elizabeth Laba, Digital_Imran,

In addition to the complained of use in the first email, it has been brought to my attention that **addition counter notices were filed by you adverse to Global Brother**. This seems inconsistent with your representations in below email – which email is not responsive to the attached letter you were sent.

Unfortunately, we now have a bigger issue with the additional titles, the following of which is a summary:

| Ticket ID: | Global Bro Title | Notes |
|---|---|---|
| 055edd11-a230-4fb2-b24d-eebf057702d3 (“02d3”) | HOLISTIC GUIDE TO WELLNESS | |
| 0f756132-0fd8-4036-a797-0eaf7e224ecf (“4ecf”) | HOLISTIC GUIDE TO WELLNESS | |
| c6835bc0-06e7-443f-96e7-ce42e1de5fc2 (“5fc2”) | FORGOTTEN HOME APOTHECARY | |
| 4d1b2f51-d4a0-440e-9f9f-ac6741e5730d (“730d”) | FORGOTTEN HOME APOTHECARY | |

| | | |
|---|---|---|
| edbb2b75-548d-4c82-9705-246c4687b00f ("b00f") | NO GRID SURVIVAL PROJECTS | Previously reported in below email |

To avoid further escalation and legal action, you (including agents and owners thereof) must:

- **withdraw any and all counter-notice(s)**
- Immediately cease and desist from advertising, reproducing, distributing, or selling any copies of Global Brother titles in any Format (attached is US Copyright summary of titles registered)
- Disclose the following information:
  - Inventory of books in your possession or control.
  - Source(s) of the books.
  - Detailed accounting of all sales, revenue, and profits derived from the books.

Please confirm your willingness to abid, and provide confirmation from Shopify that the counter notices were withdrawn. Furthermore, to avoid any confusion, please let me know your willingness to enter into a written settlement and reimbursement Global Brother legal fees associated with this matter. (Global Brother reserves the right to demand additional accounting and damages based on your complete response to above that detail sales, etc.)

There is very little time to resolve a dispute before a lawsuit has to be filed according to the DMCA. **If we do not resolve** before the deadline Apr 4, 2025 ~ April 9, 2025 then the infringing ads of yours will revive, unless Global Brother files a lawsuit in Delaware. Global Brother has counsel in DE with matters pending similar to this dispute. Should a lawsuit be required, then Global Brother will incur further avoidable costs and expenses – which this is an effort to avoid.

No waiver is made on behalf of Global Brother until a written settlement is entered between all parties. You attention is requested without delay.

Regards,

Jason

Jason L. DeFrancesco
Attorney

jasond@defrancesco.law
+1 (910) 833-5428

**From:** RetrosMarket <support@retrosmarket.com>
**Sent:** Friday, March 28, 2025 2:07 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** Re: Counter Notice - No Grid Survival Projects - retrosmarket.com

Jason,

Said products have been removed permanently from our store and will never be reposted on our website. Thank you for your message.

Best,

Retros Market Team

On Thu, Mar 27, 2025 at 6:53 PM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

(UPDATED)

**RE: Report ID: edbb2b75-548d-4c82-9705-246c4687b00f:**

**Global Brother Srl adv Kelly Elizabeth Laba, "retrosmarket.com"**

Dear Kelly Elizabeth Laba, Digital_Imran

Attached is Global Brother's letter subject to the counter-notice you filed.

Federal action is required if the dispute is not resolved before the 10-14 business days expires.

Your immediate attention is requested.

Regards,

Jason

Jason L. DeFrancesco
Attorney

jasond@defrancesco.law
+1 (910) 833-5428